UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CUELLAR,<br><br>             Plaintiff,<br><br>     v.<br><br>J. DONLON, et al.,<br><br>             Defendants. | Case No. 2:23-cv-00330-JWF-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 15, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE